JULIA M. JAYNE (State Bar No. 202753)
Jayne Law Group, P.C.
403 Hearst Avenue
Berkeley, CA 94710
Email: julia@jaynelawgroup.com
Phone: (510) 415-623-3600

*Attorneys for Defendant* AARON HARRISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AARON HARRISON,<br><br>    Defendant. | NO. 4:23-mj-71264-MJ-4 (DMR)<br><br>STIPULATION TO CONTINUE; ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for defendant Aaron Harrison that the status hearing set before this Court on January 22, 2024 be vacated, and the parties ordered to appear before this Court for a status hearing on March 21, 2024 at 10:30 a.m.

The requested continuance will allow defense counsel to receive and review additional discovery materials and to meet and confer with the government about the progress of this case.

The parties further stipulate and agree that excluding time under the Speedy Trial Act until March 21, 2024 will allow for effective preparation of counsel and outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv). The defendant also stipulates and agrees that there is good cause extend the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 to March 21, 2024, as well as for extending the 30-day time

Case No. 4:23-mj-71264-MAG (DMR)  STIPULATION TO CONTINUE; ORDER

period for an indictment under the Speedy Trial Act (based on the exclusions set forth above.) *See* Fed. R. Crim. P 5.1; 18 U.S.C. § 3161(b).

Undersigned counsel certifies that she has obtained approval from AUSA Kleinman to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: 1/10/24

/s/
BENJAMIN KLEINMAN
Assistant United States Attorney

DATED: 1/10/24

/s/
JULIA JAYNE
Counsel for Defendant AARON HARRISON

**ORDER**

GOOD CAUSE BEING SHOWN the January 22, 2024 date is vacated and Defendant HARRISON is ordered to appear before this Honorable Court on March 21, 2024, at 10:30 a.m. for a status conference. Time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv) for effective preparation of counsel. The Court further finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 to March 21, 2024, as well as for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P 5.1; 18 U.S.C. § 3161(b)

IT IS SO ORDERED.

DATED: January 10, 2024

HON. DONNA M. RYU
Chief Magistrate Judge
United States District Court

STIPULATION TO CONTINUE; ORDER

Case No. 4:23-mj-71264-MAG (DMR)