1  JULIA M. JAYNE (State Bar No. 202753)
   Jayne Law Group, P.C.
2  403 Hearst Avenue
   Berkeley, CA 94710
3  Email: julia@jaynelawgroup.com
   Phone: (510) 415-623-3600
4
   *Attorneys for Defendant* AARON HARRISON
5

6

7                       UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                              OAKLAND DIVISION

10
    UNITED STATES OF AMERICA,        )   NO. 4:23-mj-71264-MAG (DMR)
11                                   )
         Plaintiff,                  )   STIPULATION TO CONTINUE; ORDER
12                                   )
       v.                            )
13                                   )
    AARON HARRISON,                  )
14                                   )
         Defendant.                  )
15                                   )
                                     )
16                                   )
                                     )
17

18       It is hereby stipulated by and between counsel for the United States and counsel for defendant

19  Aaron Harrison that the status hearing set before this Court on March 21, 2024 be vacated, and the

20  parties ordered to appear before this Court for a status hearing on May 23, 2024 at 10:30 a.m.

21       The requested continuance will allow defense counsel to receive and review additional discovery

22  materials and to meet and confer with the government about the progress of this case.

23       The parties further stipulate and agree that excluding time under the Speedy Trial Act until May

24  23, 2024 will allow for effective preparation of counsel and outweigh the best interest of the public and

25  the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv). The defendant also

26  stipulates and agrees that there is good cause extend the time limits for a preliminary hearing under

27  Federal Rule of Criminal Procedure 5.1 to May 23, 2024, as well as for extending the 30-day time

28

                                                        STIPULATION TO
                                                        CONTINUE; ORDER
    Case No. 4:23-mj-71264-MAG (DMR)

period for an indictment under the Speedy Trial Act (based on the exclusions set forth above.) *See* Fed. R. Crim. P 5.1; 18 U.S.C. § 3161(b).

Undersigned counsel certifies that she has obtained approval from AUSA Kleinman to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: 3/4/24         /s/
                      BENJAMIN KLEINMAN
                      Assistant United States Attorney

DATED: 3/4/24         /s/
                      JULIA JAYNE
                      Counsel for Defendant AARON HARRISON

## ORDER

GOOD CAUSE BEING SHOWN the March 21, 2024 date is vacated and Defendant HARRISON is ordered to appear before this Honorable Court on May 23, 2024, at 10:30 a.m. for a status conference. Time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv) for effective preparation of counsel. The Court further finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 to May 23, 2024, as well as for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P 5.1; 18 U.S.C. § 3161(b)

IT IS SO ORDERED.

DATED: March 5, 2024

_____
HON. DONNA M. RYU
United States Magistrate Judge

STIPULATION TO CONTINUE; ORDER
Case No. 4:23-mj-71264-MAG (DMR)