JULIA M. JAYNE (State Bar No. 202753)
Jayne Law Group, P.C.
403 Hearst Avenue
Berkeley, CA 94710
Email: julia@jaynelawgroup.com
Phone: (510) 415-623-3600

*Attorneys for Defendant* AARON HARRISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>AARON HARRISON,<br><br>    Defendant. | NO. 4:23-mj-71264-MAG (DMR)<br><br>STIPULATION TO CONTINUE; ORDER |

    It is hereby stipulated by and between counsel for the United States and counsel for defendant Aaron Harrison that the status hearing set before this Court on May 23, 2024 be vacated, and the parties ordered to appear before this Court for a status hearing on July 12, 2024 at 10:30 a.m.

    The requested continuance will allow defense counsel to receive and review additional discovery materials and to meet and confer with the government about the progress of this case.

    The parties further stipulate and agree that excluding time under the Speedy Trial Act until July 12, 2024 will allow for effective preparation of counsel and outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv). The defendant also stipulates and agrees that there is good cause extend the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 to July 12, 2024, as well as for extending the 30-day time period

STIPULATION TO
CONTINUE; ORDER

Case No. 4:23-mj-71264-MAG (DMR)

1 for an indictment under the Speedy Trial Act (based on the exclusions set forth above.) *See* Fed. R.
2 Crim. P 5.1; 18 U.S.C. § 3161(b).
3     Undersigned counsel certifies that she has obtained approval from AUSA Kleinman to file this
4 stipulation and proposed order.

6     IT IS SO STIPULATED.

8 DATED: 5/15/24                              /s/
9                                           BENJAMIN KLEINMAN
                                          Assistant United States Attorney

11 DATED: 5/15/24                             /s/
                                          JULIA JAYNE
12                                           Counsel for Defendant AARON HARRISON

## ORDER

15     GOOD CAUSE BEING SHOWN the May 23, 2024 date is vacated and Defendant HARRISON
16 is ordered to appear before this Honorable Court on July 12, 2024, at 10:30 a.m. for a status conference.
17 Time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv) for
18 effective preparation of counsel. The Court further finds good cause for extending the time limits for a
19 preliminary hearing under Federal Rule of Criminal Procedure 5.1 to July 12, 2024, as well as for
20 extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P 5.1;
21 18 U.S.C. § 3161(b)

23     IT IS SO ORDERED.

25 DATED:  May 16, 2024

                                                  HON. DONNA M. RYU
                                                  United States Chief Magistrate Judge